IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. Bank, National Association as trustee under Securitization Servicing Agreement Dated as of July 1, 2005 Structured Asset Securities Corporation, Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-HE1, <br> **Plaintiff,** <br> v. <br> Stanford D. Silver, Denise J. Silver, Kitchen Distributors of America, Inc., Northwest Millwork Company, Suburban Concrete, Inc. <br> **Defendants.** | Case No: 11-cv-06332 <br><br> Judge: Honorable Judge Darrah |

## PLAINTIFF'S MOTION FOR JUDGMENT OF FORECLOSURE

NOW COMES, the Plaintiff, U.S. Bank, National Association as trustee under Securitization Servicing Agreement Dated as of July 1, 2005 Structured Asset Securities Corporation, Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-HE1, by and through its attorney, Megan Christine Adams, and respectfully requests the Court enter a Judgment of Foreclosure. In support thereof, Plaintiff states as follows:

1. On December 4, 2013 the Court granted Plaintiff's Motion for Default Judgment against the Defendants.

2. On December 4, 2013 the Court granted Plaintiff's Motion to Appoint a Special Commissioner, "for the purpose of conducting a public foreclosure sale of the property in accordance with the terms of the Judgment of Foreclosure." [ECF #47]

3. For reasons unknown, a Judgment of Foreclosure was never entered.

4. A Judgment of Foreclosure is needed to proceed with the sale of this property.

WHEREFORE, Plaintiff respectfully requests the Court enter a Judgment of Foreclosure. Plaintiff will provide a proposed Judgment of Foreclosure reflecting the amounts due as provided in the Affidavits on the record. [ECF# 37-2, 37-3].

Respectfully submitted,
*/s/ Megan Christine Adams*

Potestivo & Associates, PC
Megan C Adams (ARDC#6312221)
223 West Jackson Blvd., suite 610
Chicago, IL 60606
madams@potestivolaw.com